Curtis BOCLAIR, Appellant,

v.

STATE of Missouri, Respondent.

No. 65382.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 25, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 30, 1994.

Application to Transfer Denied
Jan. 24, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., GRIMM, C.J., and CRAHAN, J.

*ORDER*

PER CURIAM.

Curtis Boclair ("Defendant") appeals from the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm.

We have reviewed the record and find the judgment of the motion court is based on findings that are not clearly erroneous. An opinion reciting the detailed facts and restating the principles of law would have no prec-